**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SABRENA MARTINEZ,

Plaintiff,

v. No. 1:26-cv-00209-KG-JMR

ROBERTO PORRAS and
WARDEN MARIANNA VIGIL,

Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** comes before the Court upon Defendant Marianna Vigils's Unopposed Motion to Dismiss with Prejudice. Doc. 34 ("Motion"). The Court, being fully advised and noting the stipulation of the parties, finds that there is good cause to grant this Motion and it is therefore **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint for Civil Rights Violations, State Tort Claims and Damages (Doc. 1) and any and all causes of action asserted in this lawsuit are hereby dismissed with prejudice.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

*/s/ Eric Loman*_____________
Eric Loman
Counsel for Defendant Vigil

Approved by:

*/s/ Approved via Email on 11/24/2026*
Nick Autio
Counsel for Defendant Porras

*/s/ Approved via email on 11/24/2026*
Erlinda Johnson
Counsel for Plaintiff